5-3-56



# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

(See 0-553)

**GERALD C. MANN**
ATTORNEY GENERAL

March 13, 1939

Honorable J. M. Rieger
County Attorney
Stephens County
Breckenridge, Texas

see chap 50/act 59th
leg 1965 RS (art 2776 A V.C.S)

Dear Sir:

Opinion No. 0-425
Re: Person cannot qualify as
school trustee unless he
is a property taxpayer in
the district to which he
is elected, and otherwise
a qualified voter in said
district

This will acknowledge receipt of your communication of February 24, 1939, wherein you requested the following: Can a man who is qualified in every respect, except that he does not hold a poll tax receipt, be appointed or elected trustee of a common school district?

In reply thereto this is to advise that Article 2745 of the Revised Statutes of Texas provides, among other things, "providing no person shall be qualified as trustee unless he is a property taxpayer in the district to which he is elected, and otherwise a qualified voter in said district. ***"

This department has heretofore held, on the 8th day of April, 1936, in an opinion by Honorable Joe J. Alsup, Assistant Attorney General, that it is essential for a trustee of a common school district to have a poll tax in order to be eligible to the office of common school district trustee, and in conformity with your request we have studied the statute mentioned, and we are of the same opinion as that heretofore expressed by Mr. Alsup, therefore we now hold that it is necessary for a person to hold a poll tax receipt in order to qualify as a school trustee of a common school district.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Geo. S. Berry
Assistant

GSB:FG

APPROVED:

(signed) Gerald C. Mann

ATTORNEY GENERAL OF TEXAS